## BOONE SYNAKORN v. COMMISSIONER OF CORRECTION

The petitioner Boone Synakorn's petition for certification for appeal from the Appellate Court, 124 Conn. App. 768 (AC 30941), is denied.

*Deren Manasevit*, special public defender, in support of the petition.

*Linda Currie-Zeffiro*, assistant state's attorney, in opposition.

Decided February 1, 2011

## ST. PAUL'S FLAX HILL CO-OPERATIVE v. ZENA MAE JOHNSON ET AL.

The defendant Larry K. Johnson's petition for certification for appeal from the Appellate Court, 124 Conn. App. 728 (AC 31288), is denied.

*Sean C. Donahue*, in support of the petition.

*Steven G. Berg*, in opposition.

Decided February 1, 2011

## DISCIPLINARY COUNSEL v. JACEK I. SMIGELSKI

The defendant's petition for certification for appeal from the Appellate Court, 124 Conn. App. 81 (AC 31504), is denied.

McLACHLAN and EVELEIGH, Js., did not participate in the consideration of or decision on this petition.

*Jacek I. Smigelski*, pro se, in support of the petition.

*Suzanne B. Sutton*, assistant chief disciplinary counsel, in opposition.

Decided February 1, 2011